No. 61. CITY OF CHICAGO *v.* CHICAGO RAILWAYS COMPANY ET AL. Error to the Supreme Court of the State of Illinois. Argued November 8, 9, 1921. Decided November 21, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Pawhuska* v. *Pawhuska Oil & Gas Co.,* 250 U. S. 394; *Chicago* v. *Dempcy,* 250 U. S. 651. *Mr. Chester E. Cleveland,* with whom *Mr. Samuel A. Ettelson* and *Mr. George B. Gillespie* were on the brief, for plaintiff in error. *Mr. Harry P. Weber,* with whom *Mr. W. W. Gurley, Mr. James M. Sheean* and *Mr. George W. Miller* were on the brief, for defendants in error.

---

No. 64. LEOPOLD STERNBERGER ET AL. *v.* CONTINENTAL MINES, POWER & REDUCTION COMPANY. Error to the Supreme Court of the State of Colorado. Submitted November 15, 1921. Decided November 21, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 582, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Norton Montgomery* for plaintiffs in error. *Mr. Morrison Shafroth* for defendant in error.

---

No. 66. CORNELIUS C. WATTS ET AL. *v.* STATE OF ARIZONA AT THE RELATION, ETC., OF IGNATIUS BURGOON, TREASURER, ETC. Error to the Supreme Court of the State of Arizona. Argued November 16, 1921. Decided November 21, 1921. *Per Curiam.* Dismissed for want of jurisdiction. Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. S. L. Kingan* and *Mr. Joseph W. Bailey,* with whom *Mr. Herbert Noble, Mr. Hartwell P. Heath* and *Mr. Conrad H. Syme* were on the brief, for plaintiffs in